AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
May 19 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| United States of America<br>v.<br>MARTHA ALVARADO-RODRIGUEZ and<br>SOLIS SOTO-ALVARADO<br><br>*Defendant(s)* | Case No.  3:25-mj-70592 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 16, 29 of 2025__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

Approved as to form ___/S/___
AUSA Ivana Djak

/S/
*Complainant's signature*

Michael Rotschi - SFPD
*Printed name and title*

Sworn to before me by telephone.

Date: 05/16/2025

*Judge's signature*

City and state: San Francisco, CA

Alex G. Tse, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION
# FOR A CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Michael Rotschi, a Police Officer with the San Francisco Police Department ("SFPD") and Task Force Officer ("TFO") with the U.S. Drug Enforcement Administration ("DEA"), having been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I make this affidavit in support of an application for an arrest warrant and criminal complaint charging MARTHA ALVARADO-RODRIGUEZ ("ALVARADO-RODRIGUEZ") and SOLIS SOTO-ALVARADO ("SOTO-ALVARADO") with 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2 based on their possession with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl) on or about April 11, 2025, April 16, 2025, and April 29, 2025, in San Francisco, California, in the Northern District of California.

## SOURCES OF INFORMATION

2.  The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3.  Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My

understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

11.     I am employed by the City and County of San Francisco as a Police Officer and have been so employed for approximately 12 years. I am currently assigned to the Field Operations Bureau as an Officer in the Narcotics Division. I was previously assigned to the patrol division for the last 10 years and have also worked in a plainclothes capacity with the Mission Station Street Crimes Unit. I have been involved in the service and investigation of high-risk search warrants in which firearms and large quantities of narcotics have been recovered. I have drafted approximately 100 search warrants in the past, with many of them focusing on narcotics related crimes. I have conducted or assisted in at least 200 narcotics investigations, many of which have resulted in the service of residential search warrants where large quantities of narcotics were found.

12.     My duties in the Narcotics Unit are related to all aspects of the narcotics trade, from enforcing open-air narcotics use to investigating persons involved in the sales, transportation and distribution of narcotics in San Francisco. My training also includes the basic narcotics investigations taught at the San Francisco Police Academy and ongoing instruction while assigned to the Patrol Division and Narcotics Division. I also receive continuous information and instruction by speaking with senior Officers regarding narcotics. I have purchased narcotics while working in an undercover capacity in San Francisco on numerous occasions. I have testified as an expert in the field of narcotics in San Francisco Superior Court. I have seen, handled and manipulated fentanyl, cocaine, methamphetamine and heroin well over 1000 times in the course of my career. I have completed numerous additional outside training certifications related to narcotics investigations, narcotics identification, and undercover operations, among other topics.

13.     I have also been a TFO with the DEA since March 2025 and have assisted in the

investigation and service of federal search warrants involving complex drug trafficking organizations.

14. I have participated in the investigation discussed in this Affidavit. I also have discussed the investigation with other law enforcement officers. I have reviewed records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed.

15. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

## APPLICABLE STATUTES

4. **Possession of Controlled Substance with Intent to Distribute**. Under Title 21, United States Code, Section 841(a)(1), (b)(1)(C) it is unlawful for any person to knowingly possess with intent to distribute a federally controlled substance. Under 21 C.F.R. § 1308.12, fentanyl and methamphetamine are Schedule II controlled substances.

5. **Aiding and Abetting**. Title 18, United States Code, Section 2(a) states in pertinent part that, "[w]however commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal."

## STATEMENT OF PROBABLE CAUSE

### A. Investigation Into Drug Trafficking on McAllister Street in San Francisco

6. Over the past few months, SFPD Officers have increased their patrols in areas on the periphery of and neighboring the Tenderloin District of San Francisco, California. As law enforcement has increased operations in the Tenderloin, open-air drug markets and drug dealers have moved their operations to neighboring streets to avoid detection.

7. One area that has recently seen an increase in drug trafficking activity is the 600 block of McAllister St. in San Francisco. An SFPD Officer observed a large group of people

gathering after dark and throughout the night on the 600 block of McAllister Street. The Officer observed people openly using narcotics on the street and loitering.

8.      On several occasions, in March and early April 2025, the Officer observed two women arriving and departing together and loitering on this block. They stood out to the Officer because they wore light clothing and arrived and departed together in the same vehicle. On one occasion, the Officer observed one of the women walking back to the 900 block of Golden Gate Ave. to a Toyota SUV bearing the California license plate 9PID223. The Officer ran a records check on the license plate and found it was registered to MARTHA IRENE ALVARADO-RODRIGUEZ. The Officer also ran a criminal history check and learned that ALVARADO-RODRIGUEZ was previously arrested in San Francisco for narcotics sales in 2020 and 2021. Toll information showed that the Toyota SUV drove into San Francisco on almost a nightly basis between about 8:00 p.m. and 9:00 p.m.

**B. April 11, 2025 Undercover Buy**

9.      On April 11, 2025, two SFPD Officers conducted surveillance in the area of Golden Gate Ave. and Gough St. in the Tenderloin District, related to the ongoing investigation into drug trafficking near the 600 block of McAllister St., and specifically the two women, including ALVARADO-RODRIGUEZ. The Officers were in plain clothes and an unmarked vehicle.

10.     At about 8:30 p.m., the Officers observed the previously identified Toyota SUV park on the 900 block of Golden Gate Ave. The Officers observed three subjects exit the vehicle. ALVARADO-RODRIGUEZ exited the driver seat, she wore a light grey sweatshirt and black sweatpants. An unknown young man wearing a red t-shirt, and black pants, and an unknown woman wearing light grey sweatpants and sweatshirt, exited from the passenger side. The young man eventually put on a black jacket over his t-shirt. The group walked east bound on Golden Gate Ave., and Officers lost sight of them on Gough St.

11. At about 9:00 p.m., one of the Officers (Undercover Officer 1 or "UC-1") walked to the 600 block of McAllister Street and observed people loitering on the block. UC-1 also saw the three people who exited the Toyota SUV standing on the same block. The unknown woman in the grey sweatsuit approached UC-1 and asked him something to the effect of "what do you need." UC-1 responded "iso," which is a common street name for fentanyl. The unknown woman then motioned to the unknown young man. The young man approached UC-1 and asked, "how much." UC-1 said, "thirty." The unknown young man then produced a plastic bag containing a white substance and removed three small rock-like pieces and placed them into the palm of UC-1's hand. UC-1 gave the young man $30 worth of U.S. currency. During the transaction, ALVARADO-RODRIGUEZ was standing a few feet away and appeared to UC-1 to be overseeing the transaction—she was looking at them.

12. UC-1 then left the area and noted that the three rock-like objects had a white chalk-like appearance and a chemical smell. They were consistent with the appearance of fentanyl, which UC-1 had previously seen and handled. Another SFPD Officer later weighed and tested the suspected narcotics, and they tested presumptively positive for the presence of fentanyl and weighed .7 net grams. The suspected drugs were submitted for further testing, and the laboratory tests revealed that the substance contained fentanyl.

13. On April 15, 2025, a San Francisco Superior Court Judge issued a tracking device search warrant for the Toyota SUV with California license plate number 9PID223.

### C. April 16, 2025 Undercover Buy

14. On April 16, 2025, UC-1 and the same SFPD Officer who was present for surveillance on April 11, 2025 (Undercover Officer 2 or "UC-2") again conducted surveillance in the area of Golden Gate Ave. and Gough Street. The Officers were in plain clothes. At about 8:20 p.m., UC-1 saw the same Toyota SUV parked along the western curb line of Gough Street, just south of Golden Gate Ave. UC-1 and UC-2 walked around the area in plain clothes and looked for ALVARADO-RODRIGUEZ and the unknown woman and the unknown young man.

As UC-1 walked on Golden Gate Ave., he observed ALVARADO-RODRIGUEZ and the unknown woman walking together—he identified them as the same women from the UC buy on April 11, 2025. The women kept walking down Golden Gate Ave., and eventually out of sight. At that point, UC-2 affixed the tracking device to the Toyota SUV.

15. UC-2 then walked eastbound on the north sidewalk of McAllister Street towards Franklin Street, to the 600 block of McAllister Street where he located ALVARADO-RODRIGUEZ and the unknown woman. ALVARADO-RODRIGUEZ was not wearing a face mask or face cover. ALVARADO-RODRIGUEZ was wearing a white hoodie with black spots with a logo in the front and black sweatpants. UC-2 was familiar with ALVARADO-RODRIGUEZ's appearance as he had seen her SFPD mugshots.

16. UC-2 stood close enough to overhear a conversation between ALVARADO-RODRIGUEZ and an unknown man asking her for "20 of iso" and "10 of crack," which I know to be a street name for cocaine base. UC-2 saw the man place U.S. currency in ALVARADO-RODRIGUEZ's hand, and UC-2 then saw ALVARADO-RODRIGUEZ retrieved from her person an orange medicine bottle and retrieved a white substance and placed it in the unknown man's hand. ALVARADO-RODRIGUEZ then retrieved a clear plastic sandwich bag containing a chalky white substance and placed pieces of the white substance in the unknown man's hand. UC-2 was standing next to the unknown man when this happened.

17. UC-2 then approached ALVARADO- RODRIGUEZ as she still had a plastic bag in her hands and asked for "iso." UC-2 handed ALVARADO-RODRIGUEZ $40 worth of U.S. currency and in return she handed UC-2 several small pieces of a white chalky substance, which UC-2 recognized as fentanyl as he has handled and tested fentanyl previously.

18. UC-2 also observed the unknown woman from the April 11, 2025 UC buy, initially standing next to ALVARADO-RODRIGUEZ, but then walking along McAllister Street and looking in all directions as ALVARADO-RODRIGUEZ engaged in the drug sales. UC-2 observed the unknown woman acting as a lookout for ALVARADO-RODRIGUEZ. Based on

my training and experience, I know that drug traffickers often engage in pacing and looking out behavior to avoid detection by law enforcement. On the night of April 16, 2025, UC-2 did not observe the unknown young man who was involved in the April 11, 2025 UC buy.

19. At that point, UC-2 left the area. Another SFPD Officer later weighed and tested the suspected narcotics, and they tested inconclusive for the presence of fentanyl and weighed 2.7 gross grams. The suspected drugs were submitted for further testing, and the laboratory tests reveal that the substance contained fentanyl.

### D. Vehicle Tracker Analysis and Surveillance

20. SFPD Officers reviewed the historical data for the tracking device after it was affixed to the Toyota SUV, for the night of April 16, 2025. The data showed that the Toyota SVU went straight from San Francisco to the area of 38th Ave. and Liese Ave. in Oakland, California, where it remained stationary for the night. The Toyota SUV was also registered to an address at 3217 Liese Ave., in Oakland, which corresponded to the tracking data. Thereafter SFPD Officers surveilled the apartment building.

21. On April 18, 2025, at about 7:00 p.m., UC-2 and another SFPD officer were parked in the area of Liese Ave. and 38th Ave. UC-2 observed the Toyota SUV parked in a parking spot in front of the apartment building at 3217 Liese Ave. Officers continued to surveil the building and at about 7:45 p.m., Officers observed ALVARADO-RODRIGUEZ, the unknown young man who was with the two women on the night of April 11, 2025, and the unknown woman, all of whom had been seen during the UC buys on the 600 block of McAllister Ave., exit upper-level Apartment J of 3217 Liese Ave. and enter the SUV. Other SFPD Officers observed as the tracking device moved from that apartment directly to San Francisco and to the area of Eddy Street and Gough Street. At about 8:30 p.m., UC-2 observed ALVARADO-RODRIGUEZ, the unknown young man, and the unknown woman all standing on the 600 block of McAllister Street together.

22. On April 28, 2025, a San Francisco Superior Court Judge issued a residential search warrant for 3217 Liese Ave. Apt J, the person of ALVARADO-RODRIGUEZ, and the Toyota SUV.

### E. April 29, 2025 Takedown Operation: Search of the Toyota SUV

23. On April 29, 2025, numerous SFPD Officers were stationed outside the 3217 Liese Ave. Apt J residence, and several were monitoring the Toyota SUV tracking device data. UC-2 was on site at the residence, and UC-1 was with the team in San Francisco monitoring the tracking device.

24. The SFPD Officers at the residence observed ALVARADO-RODRIGUEZ exit the residence at 7:18 p.m., walk to the Toyota SUV, and then back to the residence. She was wearing a black top, white shorts, and a pink purse. At 8:03 p.m., Officers observed all three, ALVARADO-RODRIGUEZ, the unknown young man, and the unknown woman, exit Apt. J, walk to the Toyota SUV, enter the car, and drive away. The SFPD Officers at the residence informed the SFPD Officers monitoring the tracker and stationed in San Francisco, that the subjects had left the residence. Once the Toyota SUV entered San Francisco, SFPD Officers started following the SUV as it headed towards Golden Gate Ave. and Gough St. Several SFPD vehicles approached the Toyota SUV and detained the occupants of the car. The three occupants were identified as ALVARADO-RODRIGUEZ, the unknown woman as SOLIS SOTO-ALVARADO, and the unidentified young man as D.S.A., a 15-year-old minor and nephew of SOTO-ALVARADO.

25. UC-1 was on site during the arrests and immediately recognized ALVARADO-RODRIGUEZ and SOTO-ALVARADO as the two women who engaged in the UC buys on April 11 and April 16, 2025. D.S.A. was also identified as the young man who engaged in the UC buy on April 11, 2025.

26. SFPD Officers then searched the Toyota SUV and found various plastic bags in the floorboards, the back hatch, the cupholders, as well inside a Tommy Hilfiger satchel inside

8

the car, and other areas inside the car, containing suspected fentanyl, suspected cocaine base, and suspected methamphetamine. A digital scale and packing material were also found. Two cell phones were also found—one from the front passenger floorboard (seen to be held by SOTO-ALVARADO) and from the front arm rest (seen to be held by ALVARADO-RODRIGUEZ).

27. The suspected narcotics were later weighed and tested at the SFPD Tenderloin Station, and the results were as follows:

- 4.6 grams gross weight of suspected methamphetamine (located in Tommy Hilfiger satchel);
- 4.3 grams gross weight of suspected fentanyl which tested presumptively positive (located in Tommy Hilfiger satchel);
- 16.2 grams gross weight of suspected cocaine base which tested presumptively positive (located on rear floorboard);
- 28.9 grams gross weight of suspected methamphetamine which tested presumptively positive (located on rear floorboard);
- 62.8 grams gross weight of suspected fentanyl which tested inconclusive (located on rear floorboard); and
- 6.8 grams gross weight of suspected fentanyl which tested inconclusive (located in cup holder and on front passenger side floorboard).

28. D.S.A. was transported and booked into the Juvenile Justice Center. During intake he was searched, and SFPD officers found on his person a digital scale and 19 gross grams of suspected fentanyl that tested inconclusive on the TruNarc device.

29. The suspected drugs were submitted for further testing, and the laboratory tests reveal that substances are each what they were suspected of being, namely fentanyl, methamphetamine, and cocaine base.

30.     Based on my training and experience, I also know that such quantities of narcotics, and variety of narcotics, along with the packaging materials and scale, are indicative of narcotics trafficking and distribution.

31.     A criminal history query for SOTO-ALVARADO revealed that there was an active outstanding warrant for her related to narcotics violations in San Francisco. She was arrested for narcotics violations three times in 2020 and once in 2021.

32.     ALVARADO-RODRIGUEZ and SOTO-ALVARADO were arrested and charged with various drug trafficking offenses in San Francisco and have been detained since April 29, 2025 until now. They were ordered released today, May 16, 2025, without any location monitoring condition.

### F.     April 29, 2025 Takedown Operation: Search of the Residence

33.     Meanwhile, at the 3217 Liese Ave. Apt J residence, at about 9:30 p.m., SFPD Officers knocked to execute the residential search warrants. There were two occupants of the apartment at the time including, one male, and Maria Valle-Rodriguez ("Valle-Rodriguez").

34.     Valle-Rodriguez was charged in a federal narcotics trafficking case in Case No. 23-CR-501-JSC. In the federal case, Valle-Rodriguez has pled guilty to Distribution of 40 Grams or More of a Mixture and Substance Containing Fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) on November 28, 2023; Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) on November 7, 2023; Possession with Intent to Distribute Fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2, on December 12, 2023; and Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2, on December 12, 2023. *See* Case No. 23-CR-501-JSC, Dkt. Nos. 71, 72. Valle-Rodriguez was released on pretrial bond in January 2024. After the change of plea in August 2024, she was not immediately remanded to custody so that she could seek medical treatment. Sentencing was set

for May 21, 2025. Sentencing has now been postponed to June 11, 2025 to allow the parties to address Valle-Rodriguez's violation of her Plea Agreement.

35. ALVARADO-RODRIGUEZ acted as a surety for Valle-Rodriguez in the federal case. They are romantic partners. *See* Case No. 23-CR-501, Dkt. No. 26.

36. During the knock notice, one of the SFPD Officers observed Valle-Rodriguez appear in the front window, run away from the window, then shortly after, run back to the window. Valle Rodriguez then opened the from door. Officers detained the male occupant and Valle-Rodriguez during the search of the residence.

37. The apartment consisted of five areas: One living room, one kitchen, one walk-in closet, one bathroom and one bedroom.

38. In the living room, Officers located medicine bottles, a passport belonging to the male occupant, an unopen package of zip lock baggies, which is common packaging material for narcotics.

39. In the kitchen, Officers located fast track invoices for the Toyota SUV addressed to "Irene Martha" and other mail addressed to "Martha Alvarado Rodriguez."

40. In the walk-in closet, Officers located U.S. currency, Honduran passports belonging to D.S.A and "Sulis Argentina Soto Alvarado," suspected fentanyl, and suspected cocaine base. They found $355.00 of U.S. currency located in items that appeared to belong to SOTO-ALVARADO.

41. In the bathroom, Officers found a black plastic bag containing suspected fentanyl, suspected cocaine base, a digital scale, packaging material for narcotics sales, a cutting board with white residue on it, pliers with white residue on them and a razor. Based on my training and experience, I know that narcotics traffickers cut and package narcotics using supplies like those found in the bathroom.

42. Inside the bedroom, Officers found the same pink purse they saw ALVARADO-RODRIGUEZ wearing outside the apartment on that same night at 7:18 p.m., suspected cocaine

base, and personal items belonging to Valle-Rodriguez and ALVARADO-RODRIGUEZ. Officers found $4,196.00 of U.S. currency located in Valle-Rodriguez's wallet inside the bedroom. Officers found $5,472.00 of U.S. currency located elsewhere scattered about the bedroom.

43. The suspected narcotics seized from the residence were later tested and weighed, and the results were as follows:

- 2.2 grams of suspected fentanyl (located in walk-in closet, tested presumptive positive);
- 62.0 grams of suspected fentanyl (located in bathroom, tested inconclusive);
- 8.9 grams of suspected methamphetamine (located in bathroom, tested presumptive positive);
- 9.8 grams of suspected cocaine base (located in bathroom, tested presumptive positive);
- 15.9 grams of suspected cocaine base (located in bedroom, tested presumptive positive for cocaine base);
- 1.0 gram of suspected fentanyl (located in bedroom, tested "ephedrine cannot rule out presence of narcotic direct").

44. The suspected drugs were submitted for further testing, and the laboratory tests reveal that substances are each what they were suspected of being, namely fentanyl, methamphetamine, and cocaine base.

45. The bathroom where a large quantity of narcotics was found, was located immediately adjacent to the bedroom where Valle-Rodriguez and ALVARADO-RODRIGUEZ's personal items were found, and right by the window from which Valle-Rodriguez was seen initially running as Officers approached.

46. One of the SFPD Officers recognized Valle-Rodriguez as a suspect in previous SFPD drug trafficking investigations. And a criminal records check on her revealed that she has

a currently pending federal criminal case. *See* Case No. 23-CR-501-JSC. After Officers completed the search of the residence on the evening of April 29, 2025, Valle-Rodriguez was arrested and charged with various drug trafficking offenses in San Francisco and has been detained until now. She is also set to be released, but there is a federal warrant and detainer lodged for her. If she is released, she will be brought to federal custody for violating the conditions of her release.

## CONCLUSION

47.     Based on the information above, there is probable cause to believe that on or about April 11, 2025, April 16, 2025, and April 29, 2025, ALVARADO-RODRIGUEZ and SOTO-ALVARADO violated 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2 based on their possession with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl). Accordingly, I respectfully request that the Court issue a criminal complaint and warrants for their arrest.

*/s/ Michael Rotschi*

Michael Rotschi
Task Force Officer
Drug Enforcement Administration

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 16th day of May 2025. This complaint and warrants are to be filed under seal.

HONORABLE ALEX G. TSE
United States Magistrate Judge